Affirmed.    Opinion filed June 25, 1923.    Rehearing denied July 6, 1923.

Frank T. Jordan, for appellants.    Wiley W. Mills, for appellees; Francis L. Brinkman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

City of Chicago, appellee, v. M. H. Callner, appellant.    Gen. No. 28,679.

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Margery Goodzenski, appellant.    Gen. No. 28,680.

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Walton H. Callner, appellant.    Gen. No. 28,681.

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district. Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

City of Chicago, appellee, v. M. H. Callner, appellant.    Gen. No. 28,682.

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. W. E. Helander, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.

No appearance for appellant.    No appearance for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Max Isaac, appellant.    Gen. No. 28,683.

Suit against City of Chicago.    Judgment for city.    Appeal from the Municipal Court of Chicago; the Hon. J. W. Schulman, Judge, presiding.    Heard in the first division of this court for the first district.    Affirmed for failure of appellant to file record.    See City v. Salmitsky, 210 Ill. App. 159.    Opinion filed June 25, 1923.